United States District and Bankruptcy
Courts for the District of Columbia

**FILED**

**JUL - 7 2015**

**Clerk, U.S. District and
Bankruptcy Courts**

Alice Wilson
1490 7th St NW #607
Washington DC 20001

V S.

Bozzuto Complan
1015 15 St NW   Complaint
Washington DC 20005

Case: 1:15-cv-01062  Jury Demand
Assigned To : Jackson, Amy Berman
Assign. Date : 7/7/2015   (L Deck)
Description: Civil Rights (Non Employ.)

I Alice Wilson of Apt. 607 at the Hodge, has
had my unit broken into twice and each time
I Reported it to management. I don't feel that
They are doing anything to Assure own Safety
here. We have Reported it to the Rent office
but that don't take it Serious, I Call Police
and made Complaint Management Still have not
done anything to as of 6-3-2015 now have access
To the builden after 6mo. We don't feel Safety here
management Saff come in your apartment anytime
That feel like and Take thing out of your Apartment
The apartment is not Broken into into, Two of the
Resident was at home. We are Senior Ct.
Citizen



**RECEIVED**

**JUL - 7 2015**

**Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia**

RECEIVED

JUN - 4 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the *DISTRICT OF COLUMBIA*

|  |  |  |
|---|---|---|
| Alice Wilson | ) | |
| _____ | ) | |
| Plaintiff/Petitioner | ) | Civil Action No. |
| v. | ) | |
| 14907 | ) | |
| _____ | ) | |
| Defendant/Respondent | ) | |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ __800.00__ , and my take-home pay or wages are: $ __203.00__ per
(specify pay period) __week__ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply):*

| | Yes | No |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☒ No |
| (b) Rent payments, interest, or dividends | ☒ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts, or inheritances | ☐ Yes | ☒ No |
| (f) Any other sources | ☐ Yes | ☒ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Rent is 63.00 mo

RECEIVED

JUN - 4 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET

Alice Wilson
Plaintiff

Case No: _____

vs

Bazzuto Development Co
Defendant

Date: _____

---

Name: *(please print)*  Alice Wilson

Relationship to Lawsuit

☐ Attorney for Plaintiff

Firm Name, if applicable

☒ Self (Pro Se)

Telephone No: 202-386-1375  6 Digit Unified Bar No. ☐ Other:

Do you need an interpreter for your case? ☐ Yes  ☒ No  If yes, what type: _____

AMOUNT IN CONTROVERSY: ☐ $1 -$500  ☒ $500.01 - $2,500  ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _____  Case No: _____

NATURE OF SUIT: *(Check Appropriate Box(s))*

### A. CONTRACTS – a claim based on an agreement between parties made either orally or in writing

| | | |
|---|---|---|
| ☐ Debt Suit | ☐ Breach of Warranty | ☐ Negotiable Instrument |
| ☐ Personal Property | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☒ Breach of Contract | ☐ Home Improvement Contract | ☐ Oral |

### B. PROPERTY TORTS – a claim for an injury or wrong committed on the property of another

| | | |
|---|---|---|
| ☐ Automobile | ☒ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

### C. PERSONAL TORT – a claim for an injury or wrong committed on the person of another

| | | |
|---|---|---|
| ☐ Assault and Battery | ☐ False Witness | ☐ Libel and Slander |
| ☐ Automobile | ☐ Personal Injury | ☒ Negligence |
| ☐ Harassment | ☐ Fraudulent Misrepresentation | ☐ Slip and Fall |

D. ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

G. ☐ SUBROGATION – a claim filed by one person in the place of another

E. ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

H. ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

F. ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes  ☐ No

CV-3046/Rev. Feb. 08

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION
### LANDLORD AND TENANT BRANCH

510 4th STREET, N.W., Building B, Room #110, Washington, D.C. 20001  Telephone (202) 879-4879  www.dccourts.gov

**LIHTC SENIOR HOUSING LLC**

**D/B/A THE HODGE ON 7TH**

Case No. LTB _____

VS.    ALICE WILSON

Plaintiff(s)
**1490 7TH STREET, N.W.**

Defendant(s)
**1490 7TH STREET, NW Unit 607**

Address (No post office boxes)
**WASHINGTON, D.C. 20001**

Address
Washington, D.C.        20001

City        State        Zip Code
**202-888-0284**

Phone Number (if Known)

## SUMMONS TO APPEAR IN COURT AND NOTICE OF HEARING -- FORM 1S

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON **7-1-15**       AT 9:00 A.M.

PROMPTLY, in the Landlord and Tenant Courtroom, Room 109, Bldg. B, 510 4th Street, NW

Between E and F Streets, N.W., Judiciary Square Red Line Metro stop * Wheelchair accessible entrance located on F Street side of building

1. You are being sued for possession of the premises you occupy.
2. This paper is a Summons in a lawsuit seeking your eviction.
3. The Complaint attached to this Summons states the grounds for possession claimed by the Plaintiff.  If the Complaint is not attached, a copy is available in the Landlord and Tenant Clerk's Office at 510 4th Street, Building B Room #110.
4. If you, or your attorney, do not appear on the date and time listed above, a default judgment may be entered against you giving Plaintiff the right to evict you from the premises without any futher court hearings.
5. **Court employees are not permitted to give advice on legal questions.**

**Notice to Occupant(s) Not Named on the Summons:**  If you live on the premises and wish to remain, you must come to Court  **even if you are not named as a Defendant on the Summons or Complaint.**

**PLEASE SEE THE BACK OF THIS FORM FOR IMPORTANT INFORMATION ABOUT THE COURT PROCESS.  IF YOU HAVE ANY ADDITIONAL QUESTIONS ABOUT THE SUMMONS AND COMPLAINT, OR YOUR RIGHTS AND RESPONSIBILITIES, PLEASE CONSULT AN ATTORNEY PROMPTLY.**

## CITATORIO DE COMPARENCIA AL TRIBUNAL Y AVISO DE AUDIENCIA

POR MEDIO DE LA PRESENTE SE LE EXIGE Y ORDENA QUE COMPAREZCA E **7-1-15**    A

LAS 9:00 A.M. PUNTUALMENTE a la Sale de Arrendadores e Inquilinos, 510 4th Street, NW.  Edificio B

Entre las Calles E y F, N.W. Paradero de Metro, Judiciay Square, Linea roja * Entrada accesible pare silla de ruedas por la Calle F.

1. Se le demanda por transferencia de la tenencia de la propiedad en que habita.
2. Esta escrito es un citatorio de una demanda para su desalojamiento.
3. La demanda adjunta a este citatorio declara la base del demandante para la terencia que pide. Si la demanda no esta adjunta, hay una copie disponible en la oficina de la Secretaria de arrendador e Inquilino en la 510 4th Street, NW., edificio B #110
4. Si usted o su abogado no comparenen a la hora y en la fecha indicadas, se podria emibr un fallo en su contra por imcomparecencia, permitiendo asi que el demandante lo desaloje del lugar sin necesitarse addiencias posteriores.
5. Al personal del tribunal no es les permite asesorar en cuestiones juridicas.

**Advertencia a los Inquilinos no nombrados en la demanda:**      Si usted vive en la propiedad y desea permanecerse ahi pero no ha sido mencionado como inquilino, debe presentarse al Tribunal **aun si no es nombrado como demandado en la convocatoria a demanda.**

**VEA AL DORSO DE ESTA FORMULARIO: INFORMACION IMPORTANTE SOBRE EL PROCESO JUDICIAL.  SI TIENE MAS PREGUNTAS SOBRE LE CITATORIO Y LA DEMANDA O SOBRE SUS DERECHOS Y DEBERES, CONSUL TELE A UN ABOGADO PRONTO.**

**TIMOTHY P. COLE**                    464644

**COLE, GOODSON & ASSOCIATES, LLC**

Plaintiff / Plaintiff's Attorney        Unified Bar No.

**4350 EAST WEST HIGHWAY, #1150**     **BETHESDA, MD 20814**

Address        Zip Code

**240-744-7220**        **ADMIN@KCG-LAW.COM**

Phone No.        Email Address (required only for attorneys)

5502      38985      1

**CLERK OF THE COURT**

SUPERIOR COURT DISTRICT OF COLUMBIA

Costs of this suit to date are $ **26.00**

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hãy gọi (202) 879-4828    ләгш фегэь (202) 879-4828  шшрхบัน    如需翻译,请打电话, (202) 879-4828 로 전화주십시오

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION
### LANDLORD AND TENANT BRANCH
510 4th STREET, N.W., Building B, Room #110, Washington, D.C. 20001   Telephone (202) 879-4879

**LIHTC SENIOR HOUSING LLC**

**D/B/A THE HODGE ON 7TH**

Case No. LTB _____

Plaintiff(s)
**1490 7TH STREET, N.W.**

VS.   ALICE WILSON

Address (No post office boxes)
**WASHINGTON, D.C. 20001**

Defendant(s)
**1490 7TH STREET, NW Unit 607**

City          State          Zip Code
**202-888-0284**

Address
Washington, D.C.          **20001**

Phone Number

Phone Number (if Known)

## VERIFIED COMPLAINT FOR POSSESSION OF REAL PROPERTY -- FORM 1A
### (Nonpayment of Rent - Residential Property)

**DISTRICT OF COLUMBIA, ss:**

(on information from plaintiff)

1. I, (name, address, and phone #)   TIMOTHY P. COLE 4350 EAST WEST HIGHWAY, #1150 BETHESDA, MD 20814 240-744-7220   swear or affirm, under penalties of perjury, that I have knowledge of the facts set forth in this Complaint and that I am: ☐ Plaintiff, or ☒ Plaintiff's attorney, or   Plaintiff,s agent authorized to make this verification and my relationship to Plaintiff is (explain, and if Plaintiff is a corporation, include your title) _____

2. Plaintiff  X  is the Landlord or Owner, or   has been appointed Personal Representative of the Estate in case no. _____ and is authorized to take possession of the property, or   is not the Landlord, Owner, or Personal Representative, but has the right to demand possession because (explain) _____    20001 _____

3. Plaintiff seeks possession of property located at   1490 7TH STREET, NW Unit 607   Washington, D.C. Property is in possession of Defendant, a tenant who holds it without right. Plaintiff seeks possession of property because:
☒ Defendant failed to pay: $ **1,264.00** , total rent due from   **3/1/2015**   to   **6/30/2015**. The monthly rent is $ **316.00**
The Lease permits late fees of $ **15.80**  per month. Plaintiff seek other fees of $ **0.00**  for _____
(explain), defined as rent under paragraph no. _____ of the lease (bring lease to every court date) for this property, which is not subsidized and is exempt from rent control. The total amount due to Plaintiff is $ **1,327.20** .
Notice to quit has been:   served as required by law, or  X  I have personally reviewed the lease and Defendant has expressly waived the right to be served with a notice to quit in paragraph no. **2**   on page number **1**  of the lease, or   Defendant has expressly waived that right in another document (attach page)

4. Rent for the property of which Plaintiff seeks possession is subsidized by the federal or local government?  x  Yes   No
If the rent is subsidized, answer all of the followng:
What amount of rent, if any, is due from the tenant per month? $ **316.00**
What amount of rent, if any, is due from the subsidy program per month? **827.00**
Is the rent amount alleged due for any month listed in the complaint over and above the tenant's portion of the rent for that month?   Yes  **X**  No
Has the subsidy program failed to pay its portion of the rent for any of the months at issue in this case?   Yes  x  No

Therefore Plaintiff asks the Court for: (check all that apply)
x  Judgment for possession of the property described and costs taxed by the Clerk
X  Money judgment for rent, fees defined as rent, and late fees in the total amount of $ **1,327.20** .
X  A protective order requiring that all future rent be paid into the Court Registry until the case is decided.

Subscribed and sworn to before me this **3** day of **JUNE**, **2015**

Plaintiff / Plaintiff's attorney / Plaintiff's Agent   Date
TIMOTHY P.COLE                                          6/3/2015

Notary Public          My Commission expires          Title of Person signing (if any)

**Important Note to Parties:** Court of Appeals Rule 49, Superior Court Rule of Civil Procedure 11, and Landlord and Tenant Rule 9 prohibit the unauthorized practice of law. Any person who is not a lawyer in good standing in the District of Columbia should be aware that he or she could be engaging in the unauthorized practice of law if he or she acts on behalf of another in the Landlord and Tenant Branch for any purpose other than to request a continuance.

**TIMOTHY P.COLE**          464644
**COLE, GOODSON & ASSOCIATES, LLC**

Plaintiff / Plaintiff's Attorney          Unified Bar No.

5502    38985    1

**4350 EAST WEST HIGHWAY, #1150**     **BETHESDA, MD 20814**

**CLERK OF THE COURT**

Address          Zip Code
**240-744-7220**          **ADMIN@KCG-LAW.COM**

Phone No.          Email Address (required only for attorneys)   Costs of this suit to date are $ **26.00**

Para pedir una traducción, llame al (202) 879-4828   如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828   ဘာသာ ဖြင့်ရန် (202) 879-4828   번역을 원하시면   如需翻译,请打电话,(202) 879-4828 로 전화주십시오

# District of Columbia Housing Authority

1133 North Capitol Street, Northeast
Washington, D.C. 20002-7599
(202) 535-1433

Adrianne Todman, Executive D

## Request for Verification of Employment Income

Date of 1st Request: _____
Date of 2nd Request: _____

DCHA Rep. Initials _____
Recert. Month _____
Recert. Yr. _____

Re: _Alice Wilson_
Employee's Name

Atten: Personnel Department

Company Name _____          Address _____

Address _____          City/State _____  Zip _____

City/State _____  Zip _____          Social Security # _____

### RELEASE OF INFORMATION

To be completed by the Applicant/Resident.

I hereby authorize my employer to release the information requested directly to the District of Columbia Housing Authority.

Employee's Signature _Alice Wilson_          Date: _3-11-15_

Dear Sir/Madam:

The above-named person is applying for, or participating in, a federally-assisted housing program operated by the District of Columbia Housing Authority. Written verification of income is required in order to determine eligibility and the amount of rent that will be paid. Your prompt return of this form is appreciated.

Verification of Employment Income (Please complete whether currently employed or not)

1. Date employment began: _8/19/2013_     Occupation: _Cashier_

2. Date employment terminated: _N/A_

3. Base pay: $ _10.00_ per (select one): [X] hour [ ] day [ ] week [ ] month [ ] year
   Date present rate effective _7/1/2014_

[X] Average hours per week at base pay rate _None_   Average weeks per year at base rate _52 weeks_

Change in base rate anticipated during next 12 months to $ _None_ per _None_

Overtime pay: $ _∅_ per hour   Expected overtime during next 12 months: _None_ hours per week

Overtime is: [ ] Regular [ ] Sporadic _N/A_   Tips are: [ ] Regular [ ] Sporadic

Earnings year to date: $ _3,371.72_

Amount deducted per pay period for health insurance     $ _∅_ per _____

Amount vacation pay     $ _∅_ per _____

Amount sick leave pay     $ _∅_ per _____

Ms Wilson is in the process of being offered a new schedule with no definite starting date.

01/08

The Hodge on 7th
1490 7th Street , NW
Washington, DC   20001
202.888.0283

No _0398_

DATE 6/5/15

RECEIVED FROM _Alice Wilson #607_   $ _63.00_

_Six Three_

DOLLARS

FOR _June Rent_

☐ CASH
☒ CHECK 368
☐ M.O.
☐ CREDIT CARD

AMOUNT OF ACCOUNT _____ $_____

AMOUNT PAID _____ $ _63.00_

BALANCE DUE _____ $_____

Thank You!

BY _Nicole Smith_

To: HUD ( Section 8)

From: Alice Wilson

Re: My Incident Report

I'm writing to inform you of the two break in, to my unit at the Hodge. I reported it to the rent office but from my experience they don't take it serious. Also other unit have complaint about activity that happen to their unit pertaining to someone entering their unit and still nothing has been done. Then she tells us we can't put an extra lock on our door because if they have to break the door down we will liable attach is a copy of each letter sent to them.

Sincerly

Alice Wilson

*Alice Wilsa*

*~purer*                                                                    *~ Wilson*

Public MPD Document

**Metropolitan Police Department Washington, D.C.**

### Incident - Based Event Report

REPORT NUMBER: 15021443

## PART I - CLASSIFICATION OF EVENT

| TYPE OF REPORT | EVENT START DATE / TIME | EVENT END DATE / TIME | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|---|
| Offense | 01/25/2015 / 1200 | 02/06/2015 / 1800 | 02/12/2015 | 1902 |

| DISTRICT | SECTOR | PSA | COMPLAINT NUMBER |
|---|---|---|---|
| 3D | | 308 | 15021443 |

| EVENT LOCATION ADDRESS | POSITION | REPORT RECEIVED BY | RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION | PROPERTY TYPE |
|---|---|---|---|---|
| 1490 7TH ST NW | INSIDE OF | | | PRIVATE |

**EVENT NO. 1    THEFT SECOND DEGREE**

| FORCED ENTRY | POINT OF ENTRY | Method Used | WEATHER CONDITIONS |
|---|---|---|---|
| NO | | | CLOUDY |

| SUSPECTED HATE CRIME? | SECURITY SYSTEM | LOCATION TYPE | DESIGNATED AREAS |
|---|---|---|---|
| | | OTHER RESIDENCE (APARTMENT/CONDO) | APARTMENT/CONDO UNIT |

## PART II - VICTIM INFORMATION

| | TYPE | NAME OF COMPLAINANT/VICTIM | RELATED TO EVENT NO(S). | VICTIM TYPE |
|---|---|---|---|---|
| | COMPLAINANT | WILSON, ALICE ELAIN | 1 | INDIVIDUAL |

| | DATE OF BIRTH | AGE RANGE | SEX | HOME PHONE | BUSINESS PHONE |
|---|---|---|---|---|---|
| 1 | 11/10/1957   . | 57 | FEMALE | (202) 635-9093 | |

| | RACE / ETHNICITY | HOME ADDRESS |
|---|---|---|
| | BLACK / NOT OF HISPANIC ORIGIN | 1490 7TH ST NW, #607, WASHINGTON, DC 20001 |

| BUSINESS ADDRESS/SCHOOL | OCCUPATION | IS EVENT RELATED TO OCCUPATION? |
|---|---|---|
| | | NO |

| ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM |
|---|
| |

## PART III - PROPERTY

| Codes | S = Stolen | I = Impound | L = Lost | E = Evidence | | V = Vehicle from which theft occurred | |
|---|---|---|---|---|---|---|---|
| | R = Recovered | P = Suspected proceeds of crime | | F = Found | | D = Alleged drug type | O = Other |

| | Code | Description of Item(s) | Serial Number / Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value | Property Book & Page No. | Location of Property Book |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STOLEN PROPERTY | NUMEROUS PAIRS OF EARRINGS/GOLD, DIAMOND | N/A | VARIOUS | / GOLD | | 100 | 1000.00 | 15 | 500.00 | | |

| | | | | | | | | | | TOTAL VALUE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

## PART V - SUSPECT INFORMATION

| | TYPE | RACE / ETHNICITY | SEX | EXACT AGE OR RANGE | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|---|---|---|
| | SUSPECT | BLACK | FEMALE | 57 | | | |
| | HAIR | COMPLEXION | SCARS | FACIAL HAIR | HAT | COAT / JACKET | |
| 1 | PANTS | BLOUSE / SHIRT | PERPETRATOR SUSPECTED OF USING | | | | |

| | WEAPONS USED IN OFFENSE | | | | | |
|---|---|---|---|---|---|---|
| FIREARM | OTHER | | COLOR | MAKE | MODEL | CALIBER |

**NARRATIVE Describe event and action taken.**

On the listed date, and at the listed time and location, C1 reports that she left the front door of her apartment open and left the residence to sit in the common area of the address. C1 further reports that upon her return to the apartment, she discovered that the listed property was missing. C1 further states that she believes an unknown suspect stole the listed property and fled in an unknown direction. C1 states that there was no sign of forced entry, as she left the apartment unsecured and unattended.

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | | |
|---|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br><br>BERLIN, DOUGLAS S | REPORTING OFFICER'S EMAIL | BADGE NUMBER<br><br>4283 | ELEMENT<br><br>3D | |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | BADGE NUMBER | ELEMENT | |
| SIGNATURE OF SUPERVISOR<br><br>KEIRN, STEPHEN B | SUPERVISOR'S EMAIL | BADGE NUMBER<br><br>S0820 | ELEMENT<br><br>3D | REVIEWER | STATUS<br><br>OPEN |

April 2015

Alice E Wilson
1490 7th St NW Apt 607
Washington DC  20001-3392

Dear Alice E Wilson,

Thanks for being a Nordstrom cardholder—your loyalty and trust mean the world to us. To let you know about changes we're making to your Nordstrom account terms and when they'll go into effect, we've enclosed an important notice. Plus, we've included the below clarifications to help you understand the changes.

- Any changes to your Annual Percentage Rates (APRs) will only impact you if you carry a balance on your account, and Penalty APR will only be applied if your minimum payment is not received within 60 days of your due date.

- The APRs for your current balances and for transactions made on or before your May 2015 statement date will be the same as today, as long as your account remains in good standing. New APRs will apply to new transactions made after your May 2015 statement date.

- You will only incur a late payment fee for any late or missed minimum payment due.

We also want to remind you that your Nordstrom account has no annual, over-limit or foreign transaction fees (if applicable). Plus, the benefits and services you've come to expect from Nordstrom, including Nordstrom Rewards™, haven't changed. If you have any questions about your account, just call our customer service specialists at 1.800.934.3895 (they're available 24/7).

Sincerely,

Christopher Owen
President
Nordstrom Bank

# NORDSTROM BANK

RP218

*Insurance*

April 6, 2015



THE HARTFORD
EASTERN PROPERTY OFFICE
P.O. BOX 14268
LEXINGTON KY 40512-4268

**THE HARTFORD**

ALICE WILSON
1490 7TH NW APT 607
WASHINGTON DC 20001

Re:   Insured:          ALICE WILSON
        Claimant:        —
        Date of Loss:    March 30, 2015
        Event Number:    PP0016163455
        Claim Number:    —

Dear ALICE WILSON:

My name is La-Keya Daniels and I will be handling your recently reported claim. Please keep this letter for future reference as it includes your claim number, our office address and telephone number.

If we have not already spoken by the time you receive this letter, please call me to provide any additional information related to your claim or if you have any questions. If you reach my voice mail, please leave a message to include a daytime number I can contact you at and I will promptly return your call. Please note that my office hours are Monday – Friday 8:30AM – 4:30PM and I take lunch from 12PM – 1:30PM.

Please note that the purpose of this letter is to acknowledge receipt of your claim. This letter does not confirm or disclaim coverage for your loss. The Hartford's decision with regard to any coverage available for your claim will be discussed with you verbally and/or communicated to you in writing.

I look forward to working with you and am available to assist you with all questions and concerns you may have related to your claim.

Sincerely,

*La-Keya Daniels*

La-Keya Daniels
Assoc Claim Rep
Phone: (800) 280 - 0555 Ext. 2309701
Fax: (866) 809 - 9794
La-Keya.Daniels@thehartford.com

Writing Company Name: Property & Casualty Insurance Co. of Hartford

PT00001

Small Claims Form 11

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
SMALL CLAIMS AND CONCILIATION BRANCH
Bldg. B, 510 4th Street, N.W., RM –120
WASHINGTON, D.C.  20001    TELEPHONE 879-1120

General

**NAME OF PERSON/COMPANY FILING CLAIM**
*Plaintiff(s)*

**NAME OF 2ND PLAINTIFF, IF APPLICABLE**

**STREET ADDRESS, CITY, STATE AND ZIP CODE**

*Address*                      *Zip Code*
Phone No. **PLAINTIFF'S TELEPHONE NUMBER**

(1) **NAME OF PERSON/COMPANY BEING SUED**
*Defendant(s)*

(2) **NAME OF 2ND DEFENDANT, IF APPLICABLE**

(3) **NAME OF 3RD DEFENDANT, IF APPLICABLE**

No. SC **CLERK - WRITE CASE NUMBER**

STATEMENT OF CLAIM
**PRINT A SIMPLE BUT COMPLETE STATEMENT AS TO WHY YOU ARE SUING THE**

**DEFENDANT INCLUDING WHAT HAPPENED, DATES OF INCIDENT, PLACE OF INCIDENT**

**AND THE AMOUNT OF YOUR CLAIM. ATTACHED ARE SAMPLE STATEMENTS.**

DISTRICT OF COLUMBIA, *ss:* **PLAINTIFF'S FULL NAME**   being first duly sworn on oath says the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

**PLAINTIFF'S SIGNATURE AND PRINTED NAME**
*Plaintiff /Agent (Sign and Print Name)*

*Title:* **TITLE OF AGENT, IF APPLICABLE**

Subscribed and sworn to before me this  **CLERK OR NOTARY – DATE**
day of _____, 20___
(month and year)
**CLERK OR NOTARY - SIGN**
*Deputy Clerk (or notary public)*

**PLAINTIFF'S STREET ADDRESS**
*Address*
**PLAINTIFF'S CITY, STATE, ZIP CODE**
*City/State/Zip Code*
Phone No.: **PLAINTIFF'S PHONE NUMBER**

Attorney for Plaintiff (Sign and Print Name)
**FOR ATTORNEY'S ONLY**
*Address*                      *Zip Code*
Bar No.: _____    Phone No.: _____

**NOTICE (All parties must notify the court of any address changes.)**

To:                                    To:
(1) **NAME OF PERSON/COMPANY TO BE SERVED**    (2) **NAME OF 2ND DEFENDANT TO BE SERVED**
*Defendant*                            *Defendant*
**COMPLETE ADDRESS OF PERSON TO BE SERVED**    **COMPLETE ADDRESS OF 2ND DEFENDANT**
*Address*                *Zip Code*            *Address*            *Zip Code*
**CHECK HOME OR BUSINESS**                      **CHECK HOME OR BUSINESS**
☐ *Home*        ☐ *Business*                   ☐ *Home*          ☐ *Business*

You are hereby notified that  **NAME OF PERSON/COMPANY FILING CLAIM**   has made a claim and is requesting judgment

against you in the sum of  **AMOUNT OF THE CLAIM IN WORD FORM**   dollars $ **CLAIM AMOUNT**

as shown by the foregoing statement.  The court will hold a hearing upon this claim on **DATE OF HEARING** at 9:00 a.m. in the

Small Claims and Conciliation Courtroom 119, Bldg. B, 510 4th Street, N.W.,

SEE REVERSE SIDE FOR COMPLETE INSTRUCTIONS BRING THIS NOTICE WITH YOU AT ALL TIMES
*Deputy Clerk*
*Small Claims and Conciliation Branch*

Filer must complete all sections in red.
Clerk, notary or attorney will complete sections in blue.

CV-471/Sample Mar 09

# SAMPLE STATEMENTS

### *CONTRACT*

Plaintiff sues defendant for money due on a contract and states as follows: $amount of claim plus interest and court costs. The Parties entered into a contract on date of incident a copy of which is attached hereto. Defendant has failed to perform as follows: explain how the defendant failed to perform the contract.

### AUTOMOBILE COLLISION – ONE DEFENDANT

For damages to Plaintiff's automobile when in a collision with the automobile of the Defendant at address of incident on date of incident. $ amount of claim plus interest and court costs.

### AUTOMOBILE COLLISION – TWO DEFENDANTS

For damages to Plaintiff's automobile when in a collision with the automobile owned by Defendant name of owner of vehicle at and driven by Defendant name of driver of vehicle at address of incident on date of incident $amount of claim plus interest and court costs.

### AUTOMOBILE – PARKED

For damages to Plaintiff's automobile while parked at address of incident when struck by the automobile of Defendant on date of incident $amount of claim plus interest and court costs.

### AUTOMOBILE – CUSTODY

For damages to Plaintiff's automobile while in custody of the Defendant at address of incident on date of incident. $amount of claim plus interest and court costs.

### DEPOSIT – MERCHANDISE

For return of a deposit in the amount of $ amount of claim paid to Defendant on date of incident for merchandise, to which deposit Plaintiff is entitled because: explain why Plaintiff is entitled to the deposit plus interest and court costs.

### DEPOSIT – APARTMENT

For return of a deposit paid to the Defendant on date of incident for Apartment # apartment number at street address of apartment $ amount of claim plus interest and court costs.

### DEPOSIT – SECURITY

For return of a security deposit paid to the Defendant on date of incident for Apartment # apartment number at street address of apartment withheld by the defendant since date deposit was due from defendant $ amount of claim plus



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
# INFORMATION SHEET

| | | |
|---|---|---|
| **NAME OF PERSON FILING LAWSUIT** | Case No: | **CLERK WRITE CASE NUMBER** |
| Plaintiff | | |
| **Vs** | | |
| **NAME OF PERSON BEING SUED** | Date: | **DATE OF FILING** |
| Defendant | | |

---

**NAME OF PERSON FILING LAWSUIT**

Name: (*please print*)

**NAME OF LAW FIRM**
**FOR ATTORNEY 'S ONLY**

**TELEPHONE NUMBER**

**ATTY. BAR NUMBER**

Relationship to Lawsuit
☐ Attorney for Plaintiff
☐ Self (Pro Se)
☐ Other:

**PLACE CHECK MARK IN THE APPROPRIATE BOX; IF OTHER WRITE YOUR RELATIONSHIP**

Telephone No:          6 Digit Unified Bar No.

---

Do you need an interpreter for your case? ☐ Yes  ☐ No  If yes, what type:

**CHECK YES OR NO**                              **TYPE OF INTERPRETER NEEDED**

---

AMOUNT IN CONTROVERSY: ☐ $1 -$500  ☒ $500.01 - $2,500  ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _____  Judge: _____

**CASE NUMBER OF ANY CASES RELATED TO THIS LAWSUIT**

NATURE OF SUIT: (*Check Appropriate Box(es)*)

**A.  CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

☐ Debt Suit          ☐ Breach of Warranty          ☐ Negotiable Instrument
☐ Personal Property  ☐ Loan                        ☐ Rent Due
☐ Unpaid Wages       ☐ Services Rendered           ☐ Security Deposit
☐ Breach of Contract ☐ Home Improvement Contract   ☐ Oral

**B.  PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

☐ Automobile         ☐ Conversion                  ☐ Shop Lifting
☐ Property Damage    ☐ Destruction of Property     ☐ Trespass

**C.  PERSONAL TORT** – a claim for an injury or wrong committed on the person of another

☐ Assault and Battery ☐ False Witness              ☐ Libel and Slander
☐ Automobile          ☐ Personal Injury            ☐ Negligence
☐ Harassment          ☐ Fraudulent Misrepresentation ☐ Slip and Fall

**D.** ☐ **UNIFORM ARBITRATION ACT** – an action based on an arbitration agreement

**G.** ☐ **SUBROGATION** – a claim filed by one person in the place of another

**E.** ☐ **FOREIGN JUDGMENT** - a judgment, decree or order filed from another jurisdiction

**H.** ☐ **COLLECTION** - a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ **MEDICAL MALPRACTICE** – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes  ☐ No

**CHECK THE BOXES THAT DESCRIBE YOUR CLAIM. IF THE CLAIM IS FOR MEDICAL MALPRACTICE YOU MUST CHECK YES OR NO.**



# District of Columbia Housing Authority

1133 North Capitol Street, NE Washington, DC 20002-7599
202-535-1000

Adrianne Todman, Executive Director

01/15/2015

**LIHTC SENIOR HOUSING, LLC**

**1490 7TH STREET NWRENTAL OFFICE**

**WASHINGTON, DC 20001**

RE:  **ALICE E WILSON 1490 7th STREET NW, 607 WASHINGTON, DC 20001**

DEAR  **LIHTC SENIOR HOUSING, LLC:**

We are pleased to inform you that your lease-up for the above mentioned property is being processed!

Effective **12/01/2014,** the monthly **Contract Rent** shall be **$1143.00.** The **Tenant Rent** that the participant is required to pay shall be **$316.00.** The Housing Assistance Payment (HAP) the Housing Choice Voucher Program pays to you shall be **$827.00.** The utility reimbursement amount that you will receive is **$0.00.**

The pro-rata (if applicable) is for the period of **12/1/15** through the end of the month.  The security deposit, per your Request for Tenancy Approval, is **$1143.00.**

The participant's portion of rent is calculated according to the reported income at the last reexamination. All changes of household income and composition **must** be reported to the Recertification Department within 10 days of the change. Failure of the participant to pay their portion of rent could result in termination from the Housing Choice Voucher Program.

If the HCVP portion of rent above is zero ($0.00), DCHA is not providing subsidy assistance on the participant's behalf. Regulations state that a participant can remain on zero ($0.00) subsidy assistance for a maximum of 365 days; after which program participation in HCVP terminates.

If you have any questions or concerns regarding this process, please call the Housing Choice Voucher Program between 8:30 a.m. and 4:45 p.m. Monday through Friday on (202) 535-1000 and ask to be referred to the Housing Program Specialist identified.

Sincerely,

Johnathan Wilson

Housing Program Specialist

Received By: _____   Date _____

 **(TENANT)**

Received By: _____   Date _____
**(LANDLORD)**



# District of Columbia Housing Authority

1133 North Capitol Street, NE Ste  100
Washington, DC 20002-7599
202-535-1000

Adrianne Todman, Executive Director

## RENT DETERMINATION NOTICE

01/15/2015

ALICE E WILSON
1490 7th STREET NW
607
WASHINGTON, DC 20001

Dear ALICE E WILSON

We are pleased to inform you that your lease-up for the above mentioned property is being processed!

**12/1/15**

Effective 12/01/2014, the monthly **Contract Rent** shall be 1143.00. The **Tenant Rent** that you are required to pay your landlord shall be 316.00. The **Utility Allowance** granted to you shall be 0.00.  The **Housing Assistance Payment (HAP)** that HCVP pays to your landlord/realtor shall be 827.00.

Please pay careful attention to your portion of the rent.  *If there has been a change from your previous rent, this may be as a result of a change in your utility allowance, family composition or income/benefits.  Failure to pay your portion of the rent could result in termination from the HCVP.*

If you have questions or concerns about how your new rent amount was calculated, **and/or your wish to dispute a back charge,** you must complete and return this form in person or via mail to the address above **within 14 days from the letter date** to schedule an appointment with me to review the calculation (Rent Review and/or Explanation Back Charge).  After your Rent Review, if you are still unsatisfied you have the right to request an informal hearing within 30 days from your Rent Review.

\*\* If the HVCP portion of rent above is zero (0), then DCHA is not providing subsidy assistance on your behalf. Regulations state that you can remain on zero (0) subsidy assistance for a maximum of 365 days; after which your program participation in the HCVP terminates.

Sincerely,

Johnathan Wilson
Housing Program Specialist (HPS)

---

I_____ would like to schedule a Rent Review with my HPS for an explanation of how my rent was calculated.  I would like the HPS Department to provide me with my appointment date and time (Select One):

☐ Via Email at _____ (Printed Email Address)
☐ By Phone at _____ (Current Phone Number)
☐ By mail to the address above

☐ DCHA Use Only:  Received: _____ By: _____



# District of Columbia Housing Authority

1133 North Capitol Street, NE Washington, DC 20002-7599

202-535-1000

Adrianne Todman, Executive Director

**LIHTC SENIOR HOUSING, LLC**

**1490 7TH STREET NWRENTAL OFFICE**

**WASHINGTON, DC 20001**

Dear  **LIHTC SENIOR HOUSING, LLC,**

Please find attached the rent determination document for **ALICE E WILSON.**  We encourage you to coordinate with the participant to execute the attached document and a lease with the approved contract rent and effective date outlined in the document. Please return signed copies of **both** to the HCVP office within (10) ten business days to ensure forwarding of the HAP Contract and a timely payment. We will also need a copy of proof of identification for both the tenant and landlord included with the returned documents.

It is highly recommended that both the landlord and participant carefully read over the lease document which should indicate the required security deposit and all utilities that the tenant is responsible for, if any.  *Please note that the ensuing HAP contract will run concurrent with the effective date of the lease.*

* The effective date should reflect the *actual* date of possession (keys in hand). If the listed effective date is incorrect, please inform the Housing Program Specialist.

If there are any additional questions please feel free to contact HCVP Recertification Department at 202 535-1000.

Kindest Regards,

Johnathan Wilson

Housing Program Specialist

**Long Term Subsidy Contract
(LTSC)
Tenant-Based Housing Assistance
Local Rent Supplement Program (LRSP)**

---

**Part A of the LTSC: Contract Information**
(To prepare the contract, fill out all contract information in Part A)

1.  **Contents of Contract**
    This LTSC has three parts:
    Part A: Contract Information
    Part B: Body of Contract
    Part C: Tenancy Addendum

2.  **Tenant:  ALICE WILSON**

3.  **Contract Unit:**

    **1490 7th STREET NW, 607
    WASHINGTON, DC 20001**

4.  **Household**
    The following persons may reside in the unit.  Other persons may not be added to the household without prior written approval of the owner and the District of Columbia Housing Authority (DCHA).

    **ALICE WILSON**

5.  **Initial Lease Term**
    The initial term begins on (mm/dd/yyyy):        **12/01/2014**

    The initial term ends on (mm/dd/yyyy):        **11/30/2015**

6.  **Initial Rent to Owner**
    The initial rent to owner is: **$1143.00**
    During the initial lease term, the owner may not raise the rent to owner.

7.  **Initial Housing Assistance Payment**
    The LTSC term commences on the first day of the initial lease term.  At the beginning of the LTSC, the amount of the housing assistance payment by the DCHA to the owner is $ **827.00** per month.

    The amount of the monthly housing assistance payment by the DCHA to the owner is subject to change during the LTSC term in accordance with LRSP requirements.

8.  **Utilities and Appliances**
    The owner shall provide or pay for the utilities and appliances indicated below by an "O".  The tenant shall provide or pay for the utilities and appliances indicated below by a "T".  Unless otherwise specified below, the owner shall pay for all utilities and appliances provided by the owner.

*Alice E. Wilson*
*601 Edgewood Street NE # 702*
*Washington, DC 20017*
*202-526-1015*

Friday, May 18, 2012

Mrs. B. McKeemer, Claim Examiner
Social Security Disability
Disability Determination Davison
PO Box 37608
Washington, DC 20077-4330

Dear Mrs. McKeemer,

I, Alice E. Wilson am writing you to inform Social Security Disability Division, that I have been released by my doctor from my medical disability of seizures. She has advised that I am no longer at risk of having seizures and she is no longer prescribing me seizure medications. Therefore, I am physically, mentally, and prepared to work. I would like to take this time to thank the Social Security Disability Division for all the work that has been put into my claim for disability.

Kind Regards,

Alice E. Wilson

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT and CIVIL DIVISION

*Alice Wilson*

Plaintiff/Petitioner

v.                                                    Case No. _2015 SC(2) 2370_

*Bazzuto Development Co,*

Defendant/Respondent

### ORDER

Having considered ☐ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐   **GRANTED** in this Family Court case and, pursuant to Domestic

Relations Rule 54-II, witnesses will be subpoenaed without

prepayment of witness fees;

☒   **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

the officers of the Court will issue and serve all process; witnesses will

be subpoenaed without prepayment of witness fees;

☐   **DENIED**

☐   For the following reasons: _____

_____

☐   For the reasons stated on the record in open court and in the

presence of the applicant or his or her counsel;

*6/8/15*                              *Drone McBrennan*

Date                                  Judge

6                                     Form 106A

## DECLARATION

**REQUIRED:**   I solemnly swear or affirm under criminal penalties for the making of a false statement, which includes 180 days in jail or a $1,000 fine or both, that I have read this Application and that the factual statements made in it are true to the best of my personal knowledge, information and belief.[1]

_Celine Wilson_
Signature

_1490 7th St NW #607_
Address

_202 997-4168_
Phone Number

_6-8-2015_
Date

## POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION TO PROCEED WITHOUT PREPAYMENT OF COSTS, FEES, OR SECURITY

1.   D.C. Code § 15-712.
2.   D.C. Code § 22-2405.
3.   Civil Rule 54-II, Domestic Relations Proceedings Rule 54-II, and Family Rule R.
4.   _Adkins v. E.I. Du Pont de Nemours & Co., Inc._, 335 U.S. 331 (1948).
5.   _Harris v. Harris_, 137 U.S. App. D.C. 318, 322, 424 F.2d 806 (1970), _cert. denied,_ 400 U.S. 826 (1970) ("_in forma pauperis_ relief not limited to those who are public charges or absolutely destitute").
6.   _Green v. Green_, 562 A.2d 1214 (D.C. 1989) (statute "effectuates the fundamental principle that every litigant should be provided equal access to the courts without regard to financial ability").
7.   _Herbin v. Hoeffel_, 727 A.2d 883, 887 (D.C. 1999) (court officers serve process in _in forma pauperis_ cases).
8.   _Cabillo v. Cabillo_, 317 A.2d 866, 866 (D.C. 1974) (per curiam) (reversing denial of _in forma pauperis_ status and mandating granting of petition where litigant's income "only slightly above the welfare standard").

---

[1] When you come to court, you may be asked questions about this Application.  If your responses are not truthful, you could face additional criminal penalties.

Form 106A

## **OTHER SPECIAL CIRCUMSTANCES**

☐ 8. (Optional) Explain any other special circumstances that you want to have considered in support of your request, including any large monthly expenses, debts, wage or bank account garnishments, and/or judgments.

_____
_____
_____
_____.

Form 106A

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION
## SMALL CLAIMS AND CONCILIATION BRANCH
## INFORMATION SHEET

Alice Wilson
Plaintiff

Case No: 2015 SC(2) 2370

vs

Bozzuto Development Co.
Defendant

Date: 6-8/2015

Name: (*please print*) Alice Wilson

Relationship to Lawsuit

☐ Attorney for Plaintiff

☒ Self (Pro Se)

☐ Other:

Firm Name, if applicable

Telephone No: 202 386-1375

6 Digit Unified Bar No.

Do you need an interpreter for your case? ☐ Yes ☒ No If yes, what type:

AMOUNT IN CONTROVERSY: ☐ $1 -$500 ☒ $500.01 - $2,500 ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: ____________ Case No: ____________

NATURE OF SUIT: (*Check Appropriate Box(s)*)

A. CONTRACTS – a claim based on an agreement between parties made either orally or in writing

☐ Debt Suit ☐ Breach of Warranty ☐ Negotiable Instrument
☐ Personal Property ☐ Loan ☐ Rent Due
☐ Unpaid Wages ☐ Services Rendered ☐ Security Deposit
☐ Breach of Contract ☐ Home Improvement Contract ☐ Oral

B. PROPERTY TORTS – a claim for an injury or wrong committed on the property of another

☐ Automobile ☐ Conversion ☐ Shop Lifting
☐ Property Damage ☐ Destruction of Property ☐ Trespass

C. PERSONAL TORT – a claim for an injury or wrong committed on the person of another

☐ Assault and Battery ☐ False Witness ☐ Libel and Slander
☐ Automobile ☐ Personal Injury ☒ Negligence
☐ Harassment ☐ Fraudulent Misrepresentation ☐ Slip and Fall

D. ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

G. ☐ SUBROGATION – a claim filed by one person in the place of another

E. ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

H. ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

F. ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct

Have you given notice of intention to file your lawsuit 90 days prior to filing? ☐ Yes ☐ No

5pgs-CMG

Form 106A

**FILED**

JUN 0 8 2015

Clerk
Superior Court
of the District of Columbia
Small Claims Branch

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY COURT and CIVIL DIVISION

Alice Wilson
_____
Plaintiff/Petitioner

v.

Case no: 2015  SC(2)2370

Bozzuto Development Co.
_____
Defendant/Respondent

## APPLICATION TO PROCEED WITHOUT PREPAYMENT
## OF COSTS, FEES, OR SECURITY (*In Forma Pauperis*)
### Form 106A

I, Alice Wilson _____ am the (check one)
☒ Plaintiff/Petitioner   ☐ Defendant/Respondent

I need an interpreter for this case.   I speak the following language:
_____ [Insert Language].

I respectfully ask permission to proceed in this case without pre-paying costs or fees and without giving security for them because I am not able to do so without substantial hardship to myself or to my family. In support of this request, I state the following:

Check and answer only those that apply.

### INCOME

1. I receive the following public benefits, and the law presumes that I am eligible to proceed without prepayment of costs, fees, or security (see D.C. Code § 15-712):

☐ Temporary Assistance for Needy Families (TANF)
☐ General Assistance for Children (GAC)
☐ Program on Work, Employment and Responsibility (POWER)
☐ Supplemental Security Income (SSI)

5 pgs  (m)

2. Even though I do not receive the above public benefits, I receive the following similar benefits and, therefore, request that my Application be approved:

☐ Interim Disability Assistance (IDA) because my SSI application has not been approved/certified

☒ Medicaid

☐ DC Healthcare Alliance or the following similar health benefits (describe)_____.

If you checked any of the above boxes, you do not need to answer any more questions and may skip to the section called "Declaration." Otherwise, you must answer the rest of the questions on this form.  If additional information is required, you will be notified.

3. My total income over the past 12 months from all sources (including, but not limited to, my job, other wages or business income, rental income, pensions, annuities or life insurance payments, worker's compensation, unemployment compensation or insurance, annual interest or dividends, gifts, alimony or spousal support, inheritance or trust income) is $_____.

4. I am presently unemployed.  The last date I worked was on

_____, _____.
   Month         Year

## **DEPENDENTS**

5. How many people live in your household and depend on you for support: _____.    Of these people, how many are minor children or elderly? _____.

## **ASSETS**

6. I state the following about my property:

I have $_____ in cash, including money in savings or checking accounts.

I own the vehicles, personal home, other real estate, stock, bonds, or other valuable property, besides household furnishings and clothing, listed below:

_____

_____

_____.

<p align="center">List the Property</p>

## **EXPENSES**

7. This is my best estimate of the monthly expenses for myself and the people in my household who depend on me for support:

Housing (rent, mortgage, taxes, & insurance): $_____
Public Transportation and Gasoline: $_____
Automobile Loan, Insurance, Maintenance: $_____
Health (medical, dental, vision, prescriptions, insurance): $_____
Food and other Household Necessities: $_____
Utilities (including gas, electric, water, phone, internet): $_____
Clothing: $_____
Child Support: $_____
Childcare (including diapers, daycare): $_____
Other (explain in detail): $_____

**Total Estimated Monthly Expenses**: $_____

## INSTRUCTIONS TO DEFENDANTS

**IMPORTANT:** IF YOU FAIL TO APPEAR AT THE TIME STATED OR AT ANY OTHER TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY, DAMAGES OR OTHER RELIEF DEMANDED IN THE STATEMENT OF CLAIM. IF THIS OCCURS, YOUR WAGES OR BANK ACCOUNT MAY BE ATTACHED OR WITHHELD OR ANY PERSONAL PROPERTY OWNED BY YOU MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. **DO NOT FAIL TO APPEAR AT THE REQUIRED TIME.**

Before any case goes to trial in the Small Claims and Conciliation Branch, a trained mediator will meet with all parties to see if a settlement can be worked out. If all parties are present when your case is called, you and the plaintiff will be able to see a mediator and hopefully settle your dispute without having to go to trial.

You may come with or without a lawyer. The Statement of Claim indicates whether the plaintiff has a lawyer. If the plaintiff does have a lawyer and you wish to dispute the claim, it would be in your best interest to have your own lawyer.

If you wish to have legal advice and feel that you cannot afford to pay a fee to a lawyer, you may contact the Neighborhood Legal Services Program at (202) 269-5100, the DC Law Students in Court Program at (202) 638-4798, Legal Counsel for the Elderly at (202) 434-2170 or the Legal Aid Society at (202) 628-1161. If you need further help, come to Building B, 510 4th Street, N.W., Room 120, for more information concerning places where you may ask for such help. You may also consult the legal aid directory on www.lawhelp.org/dc. Act promptly.

If it is impossible for you to appear on the date of trial, attempt to contact the Plaintiff to arrange a new date. If parties agree on a date, notify the clerk of the Small Claims Branch of this court in person or by phone of the new date. If parties cannot agree, you may contact the clerk who will inform you regarding procedures. If you do not appear on the new date, a judgment may be entered against you.

Whenever corresponding with the Small Claims clerk's office by mail, please include your case number and your date to appear in court.

You are given the following additional instructions in the event that you intend to appear without a lawyer:

If you have witnesses, books, receipts, or other writings bearing on this claim, you should bring them with you at the time of the hearing.

If you wish to have witnesses summoned, see the clerk at once for assistance.

If you admit the claim but desire additional time to pay, you must come to the hearing in person and state the circumstances to the Court.

**PUEDE OBTENERSE COPIAS DE ESTE FORMULARTO EN ESPAÑOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DEL COLUMBIA, BUILDING B, 510 4TH STREET N.W., SALA 120.**

**YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C. BUILDING B, 510 4TH STREET N.W., ROOM 120.**



## GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF HUMAN SERVICES

### Emergency Rental Assistance Verification Checklist

Applicant's Name: _Alice Wilsa_   Date: _5/11/2015_

ID/Case Number: _____

On _5/11/2015_ you applied for Emergency Rental assistance. The documents that are needed to complete your application are checked below. You need to provide these documents before we can process and complete your eligibility determination. If you have not provided these documents within 60 days of your application date your application will be considered abandoned.

☐ Photo ID or other proof of identity for _____

☑ Proof of DC residency, such as (lease) / rent receipt / DC drivers license / statement from your landlord / utility or telephone bill

☐ Proof of wages received by _____ during the last 30 days

☐ Proof of unearned income received by _____ during the last 30 days

☑ Proof of the current balance in the circled cash account (checking) / savings / credit union / money market _Last 30 Days — Transaction History (Capital One)_

☐ Proof of the value of the resource listed _____

☑ Proof of the circled group expenses — rent / gas / electric / fuel oil / water / phone / child support paid / car note / tuition / child care / life insurance / (credit accounts) / alimony / loans / medicine / other listed _Cred_ _____ _Proof minimum payment_

☐ Proof of the amount of back rent that you owe

☐ Proof of the amount of the security deposit you are requesting

☐ Proof of the amount of the first month's rent that you are requesting

☑ Other _Proof of employment search (5 if possible)_

_Alice Wilson_
Applicant's signature

_[signature]_
Caseworker's signature

Housing Counseling Services
Organization Name

*Please note that as further information is collected, we may require additional documentation. In addition, if the amount of money needed to resolve your emergency is more than the maximum amount of assistance that your household qualifies for, you will need to provide proof of where the rest of the amount you owe is coming from.

ERAP status line:
202-667-7713

Email address:
erap@housingetc.org

phone: 202-667-7006
fax: 202-667-1267



April 20, 2015

Alice Wilson
1490 7th St. #607
Washington, DC 20001

Dear Ms/Mr. Wilson,

Please be advised that, as of the date of this letter, we have not yet received your rent payment or a portion of your rent payment for April, 2015. In accordance with the terms of your lease, rent payments not received by the fifth day of the month are subject to a late fee of 5% as well as attorney fees, and must be paid in certified funds.

This matter requires your immediate attention. Payment must be made immediately, to ensure legal action is cancelled. Please submit a cashier's check and/or money order, immediately in the following amount:

| | |
|---|---|
| Rent: | **$1270.40** |
| Parking: | **$** |
| Late Fee: | **$** |
| Attorney Fee: | **$** |
| **Total** | **$1270.40** |

Again, please be reminded that payment may only be accepted in the form of certified funds.

Thank you for your prompt attention to this important matter.

Sincerely,

*Nicole Smith*

Nicole Smith
Property Manager
The Hodge on 7th

CC: Resident File

LEASING OFFICE:
1490 7TH STREET, NW.
WASHINGTON, DC 20001



the new element of style.

April 20, 2015

Alice Wilson
1490 7th St. #607
Washington, DC 20001

Dear Ms/Mr. Wilson,

Please be advised that, as of the date of this letter, we have not yet received your rent payment or a portion of your rent payment for April, 2015. In accordance with the terms of your lease, rent payments not received by the fifth day of the month are subject to a late fee of 5% as well as attorney fees, and must be paid in certified funds.

This matter requires your immediate attention. Payment must be made immediately, to ensure legal action is cancelled. Please submit a cashier's check and/or money order, immediately in the following amount:

|  |  |
|---|---|
| Rent: | **$1270.40** |
| Parking: | **$** |
| Late Fee: | **$** |
| Attorney Fee: | **$** |
| **Total** | **$1270.40** |

Again, please be reminded that payment may only be accepted in the form of certified funds.

Thank you for your prompt attention to this important matter.

Sincerely,

*Nicole Smith*

Nicole Smith
**Property Manager**
**The Hodge on 7th**

CC: Resident File

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

# (THIS IS A SAMPLE FORMAT)

## PLAINTIFF'S NAME

(ET AL CAN BE USED ON THIS MOTION
IF YOU HAVE MORE THAN ONE (1) PLAINTIFF)

_____
CASE # & JUDGE'S INITIALS
IF ASSIGNED)

### VS

## DEFENDANT'S NAME

(ET AL CAN BE USED ON THIS MOTION
IF YOU HAVE MORE THAN ONE (1) PLAINTIFF)

## MOTION FOR COURT APPOINTED COUNSEL

(EXPLAIN BRIEFLY WHY YOU ARE ASKING THE COURT TO APPOINT YOU COUNSEL)
EXAMPLE: I'M OUT OF WORK OR CAN'T AFFORD COUNSEL OR I'VE TRIED AND CAN'T FIND
ANYONE WHO WILL TAKE MY CASE)

ORGINALLY SIGN
TYPE OR PRINT NAME,
COMPLETE ADDRESS,
CITY, STATE & ZIP CODE
PHONE NUMBER

NOTE: IF YOU ARE FILING THIS MOTION IN AN EXISTING CASE IN THIS COURT, YOU
MUST INCLUDE: CASE NUMBER, JUDGE'S INITIALS AND A CERTIFICATE OF SERVICE.



THE HARTFORD
EASTERN PROPERTY OFFICE
P.O. BOX 14268
LEXINGTON KY 40512-4268

April 6, 2015

ALICE WILSON
1490 7TH NW APT 607
WASHINGTON DC 20001

Re:   Insured:        ALICE WILSON
      Claimant:       _
      Date of Loss:   March 30, 2015
      Event Number:   PP0016163455
      Claim Number:   _

Dear ALICE WILSON:

My name is La-Keya Daniels and I will be handling your recently reported claim.  Please keep this letter for future reference as it includes your claim number, our office address and telephone number.

If we have not already spoken by the time you receive this letter, please call me to provide any additional information related to your claim or if you have any questions.  If you reach my voice mail, please leave a message to include a daytime number I can contact you at and I will promptly return your call.  Please note that my office hours are Monday – Friday 8:30AM – 4:30PM and I take lunch from 12PM – 1:30PM.

Please note that the purpose of this letter is to acknowledge receipt of your claim. This letter does not confirm or disclaim coverage for your loss.  The Hartford's decision with regard to any coverage available for your claim will be discussed with you verbally and/or communicated to you in writing.

I look forward to working with you and am available to assist you with all questions and concerns you may have related to your claim.

Sincerely,

*La-Keya Daniels*

La-Keya Daniels
Assoc Claim Rep
Phone: (800) 280 - 0555 Ext. 2309701
Fax: (866) 809 - 9794
La-Keya.Daniels@thehartford.com

Writing  Company Name: Property & Casualty Insurance Co. of Hartford

PT00001

## PART V - SUSPECT INFORMATION

| | TYPE | RACE / ETHNICITY | SEX | EXACT AGE OR RANGE | HEIGHT | WEIGHT | EYES |
|---|---|---|---|---|---|---|---|
| | SUSPECT | BLACK | FEMALE | 57 | | | |
| | HAIR | COMPLEXION | SCARS | FACIAL HAIR | HAT | COAT / JACKET | |
| 1 | PANTS | BLOUSE / SHIRT | PERPETRATOR SUSPECTED OF USING | | | | |

| WEAPONS USED IN OFFENSE | | | | | | |
|---|---|---|---|---|---|---|
| FIREARM | OTHER | | COLOR | MAKE | MODEL | CALIBER |

**NARRATIVE Describe event and action taken.**

On the listed date, and at the listed time and location, C1 reports that she left the front door of her apartment open and left the residence to sit in the common area of the address. C1 further reports that upon her return to the apartment, she discovered that the listed property was missing. C1 further states that she believes an unknown suspect stole the listed property and fled in an unknown direction. C1 states that there was no sign of forced entry, as she left the apartment unsecured and unattended.

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | | |
|---|---|---|---|---|---|
| TELETYPE # | REPORTING OFFICER'S SIGNATURE<br><br>BERLIN, DOUGLAS S | REPORTING OFFICER'S EMAIL | BADGE NUMBER<br>4283 | ELEMENT<br>3D | |
| OTHER POLICE AGENCY | SECOND OFFICER'S NAME | SECOND OFFICER'S EMAIL | BADGE NUMBER | ELEMENT | |
| SIGNATURE OF SUPERVISOR<br><br>KEIRN, STEPHEN B | SUPERVISOR'S EMAIL | BADGE NUMBER<br>S0820 | ELEMENT<br>3D | REVIEWER | STATUS<br><br>OPEN |

~puia                                           ·W((587)

Public MPD Document

**Metropolitan Police Department Washington, D.C.**

### Incident - Based Event Report

REPORT NUMBER: 15021443

## PART I - CLASSIFICATION OF EVENT

| TYPE OF REPORT | EVENT START DATE / TIME | EVENT END DATE / TIME | DATE OF REPORT | TIME OF REPORT |
|---|---|---|---|---|
| Offense | 01/25/2015 / 1200 | 02/06/2015 / 1800 | 02/12/2015 | 1902 |

| DISTRICT | SECTOR | PSA | COMPLAINT NUMBER |
|---|---|---|---|
| 3D | | 308 | 15021443 |

| EVENT LOCATION ADDRESS | POSITION | REPORT RECEIVED BY | RADIO RUN LOCATION IF DIFFERENT FROM EVENT LOCATION | PROPERTY TYPE |
|---|---|---|---|---|
| 1490 7TH ST NW | INSIDE OF | | | PRIVATE |

| EVENT NO. 1 | THEFT SECOND DEGREE |
|---|---|

| FORCED ENTRY | POINT OF ENTRY | Method Used | WEATHER CONDITIONS |
|---|---|---|---|
| NO | | | CLOUDY |

| SUSPECTED HATE CRIME? | SECURITY SYSTEM | LOCATION TYPE | DESIGNATED AREAS |
|---|---|---|---|
| | | OTHER RESIDENCE (APARTMENT/CONDO) | APARTMENT/CONDO UNIT |

## PART II - VICTIM INFORMATION

| | TYPE | NAME OF COMPLAINANT/VICTIM | | RELATED TO EVENT NO(S). | VICTIM TYPE |
|---|---|---|---|---|---|
| | COMPLAINANT | WILSON, ALICE ELAIN | | 1 | INDIVIDUAL |
| 1 | DATE OF BIRTH | AGE RANGE | SEX | HOME PHONE | BUSINESS PHONE |
| | 11/10/1957 | 57 | FEMALE | (202) 635-9093 | |
| | RACE / ETHNICITY | | | HOME ADDRESS | |
| | BLACK / NOT OF HISPANIC ORIGIN | | | 1490 7TH ST NW, #607, WASHINGTON, DC 20001 | |
| | BUSINESS ADDRESS/SCHOOL | OCCUPATION | | IS EVENT RELATED TO OCCUPATION? NO | |
| | ADDITIONAL MEANS TO CONTACT COMPLAINANT/VICTIM | | | | |

## PART III - PROPERTY

| Codes | S = Stolen | I = Impound | L = Lost | E = Evidence | | V = Vehicle from which theft occurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | R = Recovered | P = Suspected | proceeds of crime | | F = Found | | D = Alleged drug type | | O = Other | |

| | Code | Description of Item(s) | Serial Number / Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value | Property Book & Page No. | Location of Property Book |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | STOLEN PROPERTY | NUMEROUS PAIRS OF EARRINGS/GOLD, DIAMOND | N/A | VARIOUS | / GOLD | | 100 | 1000.00 | 15 | 500.00 | | |
| | | | | | | | | TOTAL VALUE | | | | |

This page is intentionally blank

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 1,501.39 |
| Material Sales Tax | 86.33 |
| Replacement Cost Value | $1,587.72 |
| Less Deductible | (100.00) |
| Net Claim | $1,487.72 |

La-Keya Daniels
Associate Claim Rep



THE HARTFORD
EASTERN PROPERTY OFFICE
P.O. BOX 14268
LEXINGTON KY 40512.

May 20, 2015

-- 01 000154 48839 B 1 ASA04

ALICE WILSON
1490 7TH NW APT 607
WASHINGTON DC 20001

Re:   Insured:        ALICE WILSON
      Claimant:       ALICE WILSON
      Date of Loss:   January 25, 2015
      Event Number:   PP0016163455
      Claim Number:   Y44 B 16146

Dear ALICE WILSON:

Enclosed is the estimate of your damages with regard to the above referenced claim.  Shortly you will receive a claim payment in the amount of $1,487.72.

This amount reflects the damages less your deductible of $100.00.

Please do not hesitate to contact me if you have any questions.

Sincerely,

*La-Keya Daniels*

La-Keya Daniels
Assoc Claim Rep.
Phone: (800) 280 - 0555 Ext. 2309701
Fax: (866) 809 - 9794
La-Keya.Daniels@thehartford.com

Writing  Company Name: Property & Casualty Insurance Co. of Hartford

**Attachment:** Estimate

PT00022

2015-05-20-1545

## 2015-05-20-1545

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1. Antique Silver Chevron Front and Back Earrings | 200.00 EA | 4.99 | 57.39 | 1,055.39 | (0.00) | 1,055.39 |
| bluepalms2015 on eBay - 5/20/2015 | | | | | | |
| Orig. Desc. - Antique Earrings | | | | | | |
| 2. Tear Drop Shaped 9K Yellow Gold Filled with Blue AAA+ CZ Stud Earrings | 50.00 EA | 1.99 | 5.72 | 105.22 | (0.00) | · 105.22 |
| silverknot267 on eBay - 5/20/2015 | | | | | | |
| Orig. Desc. - Drop Earrings | | | | | | |
| 3. 14k Solid Gold Hoop Earrings: Diamond-Cut, Gold,Yellow,Red | 1.00 EA | 24.99 | 1.44 | 26.43 | (0.00) | 26.43 |
| on NexTag - 5/20/2015 | | | | | | |
| Orig. Desc. - 18Kt Gold Hoop Earrings | | | | | | |
| 4. Women's Clover Post Stud Earring - Silver/Crystal | 10.00 EA | 7.99 | 4.59 | 84.49 | (0.00) | 84.49 |
| Target - 4/30/2015 Last known price | | | | | | |
| Orig. Desc. - Crystal Stud Earrings | | | | | | |
| 5. Earrings Lot Studs, Rhinestones Crystal 40 Pieces Earring Set Stud on Nylon Posts | 100.00 EA | 2.99 | 17.19 | 316.19 | (0.00) | 316.19 |
| Amazon on Amazon.com - 5/20/2015 | | | | | | |
| Orig. Desc. - Plastic Earrings | | | | | | |
| Total: 2015-05-20-1545 | | | 86.33 | 1,587.72 | 0.00 | 1,587.72 |
| Line Item Totals: 2015-05-20-1545 | | | 86.33 | 1,587.72 | 0.00 | 1,587.72 |

| | | | |
|---|---|---|---|
| Insured: | Alice Wilson | | |
| Property: | 1490 7th NW Apt 607 | | |
| | Washington, DC 20001 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | La-Keya Daniels | Business: | (800) 280-0555 x 2309701 |
| Position: | Associate Claim Rep | E-mail: | la-keya.daniels@thehartford.com |
| Business: | PO Box 14268 | | |
| | Lexington, KY 40512 | | |

| | | | |
|---|---|---|---|
| Estimator: | La-Keya Daniels | Business: | (800) 280-0555 x 2309701 |
| Position: | Associate Claim Rep | E-mail: | la-keya.daniels@thehartford.com |
| Business: | PO Box 14268 | | |
| | Lexington, KY 40512 | | |

Claim Number: PP0016163455     Policy Number: 55RBD117168     Type of Loss: Theft

| | | | |
|---|---|---|---|
| Date Contacted: | 4/6/2015 | | |
| Date of Loss: | 1/25/2015 | Date Received: | 4/6/2015 |
| Date Inspected: | | Date Entered: | 5/20/2015 11:45 AM |

| | |
|---|---|
| Price List: | DCWA8X_MAY15 |
| | Restoration/Service/Remodel |
| Estimate: | 2015-05-20-1545 |

**To: HUD ( Section 8)**

**From: Alice Wilson**

**Re: My Incident Report**

I'm writing to inform you of the two break in, to my unit at the Hodge. I reported it to the rent office but from my experience they don't take it serious. Also other unit have complaint about activity that happen to their unit pertaining to someone entering their unit and still nothing has been done. Then she tells us we can't put an extra lock on our door because if they have to break the door down we will liable attach is a copy of each letter sent to them.

Sincerly

Alice Wilson

*To: Bozzuto*

*From: Alice Wilson*

*Re: A Break in on unit 607*

*That on 1/25/15 I went to the laundry room in our building and left my door open, later on that night I notice my jewery was missing. I didn't report that one right away because I was thinking maybe I had miss placed it, after a complete search of my unit and didn't find it I went to the rental office and I call police and made a complaint. Even though I have an idea of who did it I didn't see them so I'm not going to point fingers but they did it. Can you tell me where I should go from here.*

*Sincerely*

*Alice Wilson*

**To: Bozzuto,**

**From: Alice Wilson**

**Re: Incident**

   *I Alice Wilson of apt 607 @ the Hodge, has had my unit broken into twice and each time I have reported it to management. I don't feel that they are doing anything to assure me of my safety here. Also I don't have the pervereledge of the access entrance as presented to me upon my acceptance. I'm not saying they haven't address it to you, but I just wanted to do so myself just to make sure I've covered all avenues.*

ATTENTION
Also the police said there was no need of a report because he didn't get in I spoke to

**Sincerely**

**Alice Wilson**

officer
Douglas S Berlin



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**
**SMALL CLAIMS AND CONCILIATION BRANCH**
**INFORMATION SHEET**

Alice Wilson
_____
Plaintiff

vs

Bazzuto Development Co
_____
Defendant

Case No: _____

Date: 6/8/2015.

---

Name: (please print)  Alice Wilson

Firm Name, if applicable
_____

Telephone No: 202-386-1375    6 Digit Unified Bar No.

**Relationship to Lawsuit**

☐ Attorney for Plaintiff

☒ Self (Pro Se)

☐ Other:

---

Do you need an interpreter for your case? ☐ Yes  ☒ No  If yes, what type:

---

AMOUNT IN CONTROVERSY:  ☐ $1 -$500   ☒ $500.01 - $2,500   ☐ $2,500.01 - $5,000

PENDING CASE(S) RELATED TO THE ACTION BEING FILED:

Case No: _____    Case No: _____

NATURE OF SUIT: (Check Appropriate Box(s))

---

**A. CONTRACTS** – a claim based on an agreement between parties made either orally or in writing

| | | |
|---|---|---|
| ☐ Debt Suit | ☐ Breach of Warranty | ☐ Negotiable Instrument |
| ☐ Personal Property | ☐ Loan | ☐ Rent Due |
| ☐ Unpaid Wages | ☐ Services Rendered | ☐ Security Deposit |
| ☒ Breach of Contract | ☐ Home Improvement Contract | ☐ Oral |

---

**B. PROPERTY TORTS** – a claim for an injury or wrong committed on the property of another

| | | |
|---|---|---|
| ☐ Automobile | ☒ Conversion | ☐ Shop Lifting |
| ☐ Property Damage | ☐ Destruction of Property | ☐ Trespass |

---

**C. PERSONAL TORT** – a claim for an injury or wrong committed on the person of another

| | | |
|---|---|---|
| ☐ Assault and Battery | ☐ False Witness | ☐ Libel and Slander |
| ☐ Automobile | ☐ Personal Injury | ☒ Negligence |
| ☐ Harassment | ☐ Fraudulent Misrepresentation | ☐ Slip and Fall |

---

**D.** ☐ UNIFORM ARBITRATION ACT – an action based on an arbitration agreement

**G.** ☐ SUBROGATION – a claim filed by one person in the place of another

**E.** ☐ FOREIGN JUDGMENT- a judgment, decree or order filed from another jurisdiction

**H.** ☐ COLLECTION- a claim filed by a seller or lender to collect a consumer debt

**F.** ☐ MEDICAL MALPRACTICE – a claim against a healthcare provider for professional misconduct
Have you given notice of intention to file your lawsuit 90 days prior to filing?  ☐ Yes  ☐ No

CV-3046/Rev. Feb. 08

# District of Columbia Housing Authority

1133 North Capitol Street, Northeast
Washington, D.C. 20002-7599
(202) 535-1000

**Adrianne Todman, Executive Director**

# Receipt of Information

03/12/2015

ALICE E WILSON
1490 7th STREET NW 607
WASHINGTON, DC 20001



This receipt is being issued on behalf of the above mentioned client to verify that he\she has provided the Recertification Department of the HCVP a completed:

( )     Recertification

(**X**)     Interim

## HCVP Family Move Policy

( )     I requested a transfer and received a briefing letter.

( )     I requested a transfer but was denied.

( )     I was asked but did not request a transfer voucher.

Other        **DECREASE IN INCOME.**

Information Received By:  JWILSON

# District of Columbia Housing Authority

**1133 North Capitol Street, Northeast**
**Washington, D.C. 20002-7599**
**(202) 535-1000**

**Adrianne Todman, Executive Director**

# Receipt of Information

03/12/2015

ALICE E WILSON
1490 7th STREET NW 607
WASHINGTON, DC 20001

This receipt is being issued on behalf of the above mentioned client to verify that he\she has provided the Recertification Department of the HCVP a completed:

()      Recertification

(**X**)    Interim

**HCVP Family Move Policy**

()      I requested a transfer and received a briefing letter.

()      I requested a transfer but was denied.

()      I was asked but did not request a transfer voucher.

Other              **DECREASE IN INCOME.**

Information Received By:  JWILSON



# District of Columbia Housing Authority

1133 North Capitol Street, NE Ste. 100
Washington, DC 20002-7599
202-535-1000

Adrianne Todman, Executive Director

**04/06/2015**

LIHTC SENIOR HOUSING, LLC
1490 7TH STREET NW
RENTAL OFFICE
WASHINGTON, DC 20001

### Housing Choice Voucher Program Owner
### Notice of Interim Recertification

Dear Sir or Madam:

      Contract:      DCLC0365
      Tenant Name:  ALICE E WILSON
      Address:       1490 7th STREET NW
                     WASHINGTON, DC 20001

This is to inform you that we have completed an Interim for the above named tenant. The results of the recertification are:

      Total Contract Rent: 1143.00
      HAP Payment: 1143.00
      Tenant Rent:    0.00

This recertification will be effective <u>04/01/2015</u>.

**COMPLETED INTERIM EFFECTIVE 4/1/15. REMOVED WAGES. ADJ SENT TO LL $316.00 FOR 4/1/15.**

The results of this **Interim** are mailed to you for your information.
All terms and conditions of the original Housing Assistance Payments Contracts and/or Lease Agreement remain the same.

Johnathan Wilson
Housing Program Specialist

cc:

The family must promptly inform HCVP of the birth, adoption, or court-awarded custody of a child. No other person may reside in the unit without prior written approval by the Owner/Landlord and HCVP.

HCVP Approved Rent to Owner/Landlord (total monthly rent): 1143.00
    a. Tenant Rent to Owner/Landlord: 316.00
    b. Housing Assistance Payment to Owner/Landlord: 827.00
Owner/Landlord and Tenant in Agreement that after the initial term of the lease the Owner/Landlord can request a rent increase?

**Owner/Landlord Initials** _____     **Participant Initials** _____

Validation
The total rent to Owner/Landlord is the initial rent for this unit. The housing assistance payment to Owner/Landlord shall be payable by HCVP as housing assistance payments on behalf of the tenant. The tenant rent to Owner/Landlord shall be payable by the tenant directly to the Owner/Landlord/Management Company.
The Owner/Landlord can request a rent increase after the initial term of the lease. The Owner/Landlord must give HCVP, 90 days prior to their family annual recertification date (APRIL)  written notice before commencement of any change in rent. The notice shall state the proposed new rental amount and the date the new rental amount will be effective. The Owner/Landlord may not change the rent without HCVP approval. The Owner/Landlord may not make side deals to charge additional amounts to the tenant. All rent increase requests are subject to Housing Choice Voucher Program regulation and HCVP policy.

**Owner/Landlord Initial** _____     **Participant Initial** _____

The amount of tenant rent is subject to change during the term of the lease. Any changes in the amount of the tenant rent will be effective on the date stated in a notice by HCVP to the family and Owner/Landlord.

6. Security Deposit: The tenant has/will deposited

7. Owner/Landlord as a security deposit. The amount of the security deposit does not exceed the amount of security deposits charged by the Owner/Landlord to unassisted tenants or the private market practice for the area where the unit is located. The amount of security deposit must not exceed the approved contract rent.

**Owner/Landlord Initial** _____     **Participant Initial** _____

8. Utilities and Appliances: The Owner/Landlord shall provide for or pay for the utilities and appliances as indicated below by an "O" without any additional charge to the tenant. The tenant shall provide or pay for the utilities and appliances as indicated below by a "T". (Circle the Utility Type) (If Not Applicable write N/A)

| Ite | Specify fuel type | Provided | Paid by |
|---|---|---|---|
| | | | |



Alice Wilson
1490 7th St NW Apt 607
Washington, DC 20001

June 24, 2015

Dear Alice Wilson,

We are in receipt of your keys and accompanied note that was under the management office door on Monday June 22, 2015. It would be a pleasure if you could come to the leasing office so we can discuss if you're moving or if you've changed your locks.

We appreciate you as a resident here at The Hodge and look forward to speaking with you soon.


Sincerely,

*Nicole Smith*
**Nicole F. Smith**
Property Manager
Hodge on 7th
**Bozzuto Management Company**
1490 7th St., NW | Washington, DC 20001
202.888.0283 Phone | 202.888.2392 Fax


LEASING OFFICE:
1490 7TH STREET, NW,
WASHINGTON, DC 20001

BOZZUTO

the new element of style.

## District of Columbia Housing Choice Voucher Program
## Lease Information Form

Please review this form carefully. This form is not a lease. The purpose of this form is to capture required information contained in the executed lease. This is a required form to be completed at the time of participant lease-up and included in the participant file as part of their occupancy package.

Lease Information
1. Contract Unit: (enter address of unit (must include zip code), including apartment number, if any)
1490 7th STREET NW 607 WASHINGTON, DC 20001

2. Tenant: (Enter full name and social security number of the head of household)
ALICE WILSON

Unit Type / Check One:
Detached House ( )  Town Home - Interior Unit ( )  Town Home - Exterior Unit ( )  High Ride ( )  Walk-up Apartment (✓)

Ward:

3. Owner/Landlord: (Enter name and address of Owner/Landlord (if applicable)
LIHTC SENIOR HOUSING, LLC
1490 7TH STREET NW RENTAL OFFICE
WASHINGTON DC 20001
WASHINGTON, DC 20001

4. Initial Term: The initial term of lease must be at least one year unless a shorter term is approved by HCVP.

The initial term begins on 12/01/2014

The initial term ends on 11/30/2015

Estimate
Following the initial term of the lease, the lease will be renewed automatically on a

(You must check one)  (✓Month-to-month   ( ) Indefinite duration basis until:
　　　a. termination of the lease by the Owner/Landlord in accordance with this lease;
　　　b. termination of the lease by the tenant in accordance with this lease;
　　　c. mutual agreement between the Owner/Landlord and tenant to terminate the lease during the term of the lease;
　　　d. termination of the Housing Assistance Payments Contract by HCVP;
　　　e. termination of the tenant family's assistance by HCVP.

**Owner/Landlord Initial** _____   **Participant Initial** _____

5. Household Members: (Enter the full names of all family members.)

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION
LANDLORD AND TENANT BRANCH
510 4th STREET, N.W., Building B, Room #110, Washington, D.C. 20001  Telephone (202) 879-4879  www.dccourts.gov

**LIHTC SENIOR HOUSING LLC**

Case No. LTB _____

**D/B/A THE HODGE ON 7TH**

FILED
LANDLORD & TENANT
JUN - 8 2015
Superior Court
of the District of Columbia
Washington, D.C.

VS.

**ALICE WILSON**

Plaintiff(s)
**1490 7TH STREET, N.W.**

Defendant(s)
1490 7TH STREET, NW Unit 607

Address (No post office boxes)
**WASHINGTON, D.C. 20001**

Address
Washington, D.C.      **20001**

City   State
**202-888-0284**

Zip Code

Phone Number (if Known)

## SUMMONS TO APPEAR IN COURT AND NOTICE OF HEARING -- FORM 1S

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON ___7-1-15___ AT 9:00 A.M.
PROMPTLY, in the Landlord and Tenant Courtroom, Room 109, Bldg. B, 510 4th Street, NW
Between E and F Streets, N.W., Judiciary Square Red Line Metro stop * Wheelchair accessible entrance located on F Street side of building.

1. You are being sued for possession of the premises you occupy.
2. This paper is a Summons in a lawsuit seeking your eviction.
3. The Complaint attached to this Summons states the grounds for possession claimed by the Plaintiff. If the Complaint is not attached, a copy is available in the Landlord and Tenant Clerk's Office at 510 4th Street, Building B Room #110.
4. If you, or your attorney, do not appear on the date and time listed above, a default judgment may be entered against you giving Plaintiff the right to evict you from the premises without any futher court hearings.
5. Court employees are not permitted to give advice on legal questions.

**Notice to Occupant(s) Not Named on the Summons:** If you live on the premises and wish to remain, you must come to Court **even if you are not named as a Defendant on the Summons or Complaint.**

PLEASE SEE THE BACK OF THIS FORM FOR IMPORTANT INFORMATION ABOUT THE COURT PROCESS. IF YOU HAVE ANY ADDITIONAL QUESTIONS ABOUT THE SUMMONS AND COMPLAINT, OR YOUR RIGHTS AND RESPONSIBILITIES, PLEASE CONSULT AN ATTORNEY PROMPTLY.

## CITATORIO DE COMPARENCIA AL TRIBUNAL Y AVISO DE AUDIENCIA

POR MEDIO DE LA PRESENTE SE LE EXIGE Y ORDENA QUE COMPAREZCA E ___7-1-15___ A
LAS 9:00 A.M. PUNTUALMENTE a la Sale de Arrendadores e Inquilinos, 510 4th Street, NW.  Edificio B
Entre las Calles E y F, N.W. Paradero de Metro, Judiciary Square, Linea roja * Entrada accesible pra silla de ruedas por la Calle F.

1. Se le demanda por transferencia de la tenencia de la propiedad en que habita.
2. Esta escrito es un citatorio de una demanda para su desalojamiento.
3. La demanda adjunta a este citatorio declara la base del demandante para la terencia que pide. Si la demanda no esta adjunta, hay una copie disponible en la oficina de la Secretaria de arrendador e Inquilno en la 510 4th Street, NW., edificio B #110.
4. Si usted o su abogado no comparenen a la hora y la fecha indicadas, se podria emitir un fallo en su contra por imcomparecencia, permitiendo así que el demandante lo desaloje del lugar sin necesitarse addicencias posteriores.
5. Al personal del tribunal no es les permite asesorar en cuestiones juridicas.

**Advertencia a los Inquilinos no nombrados en la demanda:**   Si usted vive en la propiedad y desea permanecer ahi pero no ha sido mencionado como inquilino, debe presentarse al Tribunal aun si no es nombrado como demandado en la convocatoria a demanda.

VEA AL DORSO DE ESTA FORMULARIO: INFORMACION IMPORTANTE SOBRE EL PROCESO JUDICIAL. SI TIENE MAS PREGUNTAS SOBRE LE CITATORIO Y LA DEMANDA O SOBRE SUS DERECHOS Y DEBERES, CONSUL TELE A UN ABOGADO PRONTO.

**TIMOTHY P. COLE**                   464644
**COLE, GOODSON & ASSOCIATES, LLC**

Plaintiff / Plaintiff's Attorney            Unified Bar No.

**4350 EAST WEST HIGHWAY, #1150**   BETHESDA, MD 20814

Address                          Zip Code

**240-744-7220**          **ADMIN@KCG-LAW.COM**

Phone No.         Email Address (required only for attorneys)

5502      38985      1

**CLERK OF THE COURT**

Costs of this suit to date are $ **26.00**

Para pedir una traduc



Case: 2015 LTB 013425

打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction

Để có một bài dịch, hã

2) 879-4828          如需翻译,请打电话, (202) 879-4828 로 전화주십시요

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT and CIVIL DIVISION

Alice Wilson

Plaintiff/Petitioner

v.                                              Case No. _2015 sc(2) 2370_

Bazzuto Development Co,

Defendant/Respondent

## ORDER

Having considered ☐ Plaintiff/Petitioner's   ☐ Defendant/Respondent's

Application to Proceed without Prepayment of Costs, Fees, or Security, it is

hereby ordered that the Application is:

☐   **GRANTED** in this Family Court case and, pursuant to Domestic

Relations Rule 54-II, witnesses will be subpoenaed without

prepayment of witness fees;

☒   **GRANTED** in this Civil Division case and, pursuant to Civil Rule 54-II,

the officers of the Court will issue and serve all process; witnesses will

be subpoenaed without prepayment of witness fees;

☐ . **DENIED**

☐     For the following reasons: _____

_____

☐     For the reasons stated on the record in open court and in the

presence of the applicant or his or her counsel;

6/8 '15

Date

_Done McBrennan_

Judge

6

Form 106A

United States District and Bankruptcy
Courts for the District of Columbia


Alice Wilson
1490 7th St NW #607
Washington DC 20001

        V S.

Bozzuto Complian

            Complaint

Case: 1:15-mc-00789
Assigned To : Unassigned
Assign. Date : 6/22/2015
Description: Miscellaneous


I Alice Wilson of Apt. 607 at the Hodge, has
had my unit broken into twice and each time
I Reported it to management. I don't feel that
They are doing anything to assure own Safety
here. We have Reported it to the Rent office
But that don't take it Serious, I Call Police
and made Complaint Management Still have not
done anything to as of 6-3-2015 now have access
To the builden after 6 mo. We don't feel Safety here
Management Staff come in your apartment anytime
That feel like and Take thing out of your Apartment
The apartment is not Broken into, Non of the
Resident was at home. We are Senior Cat.
    Citizen

RECEIVED

JUN - 4 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

a.  Any of the following actions by the owner (including a principal or other interested party) is a breach of the LTSC by the owner:
1.  If the owner has violated any obligation under the LTSC, including the owner's obligation to maintain the unit in accordance with the HQS.
2.  If the owner has violated any obligation under any other housing assistance payments contract under LRSP.
3.  If the owner has committed fraud, bribery or any other corrupt or criminal act in connection with any local or Federal housing assistance program.
4.  If the owner has engaged in any drug-related criminal activity or any violent criminal activity.
b.  If the DCHA determines that a breach has occurred, the DCHA may exercise any of its rights and remedies under the LTSC, or any other available rights and remedies for such breach. The DCHA shall notify the owner of such determination, including a brief statement of the reasons for the determination. The notice by the DCHA to the owner may require the owner to take corrective action, as verified or determined by the DCHA, by a deadline prescribed in the notice.
c.  The DCHA's rights and remedies for owner breach of the LTSC include recovery of overpayments, suspension of housing assistance payments, abatement or other reduction of housing assistance payments, termination of housing assistance payments, and termination of the LTSC.
d.  The DCHA may seek and obtain additional relief by judicial order or action, including specific performance, other injunctive relief or order for damages.
e.  Even if the family continues to live in the contract unit, the DCHA may exercise any rights and remedies for owner breach of the LTSC.
f.  The DCHA's exercise or non-exercise of any right or remedy for owner breach of the LTSC is not a waiver of the right to exercise that or any other right or remedy at any time.

11. DCHA Access to Premises and Owner's Records
a.  The owner must provide any information pertinent to the LTSC that the DCHA may reasonably require.
b.  The DCHA shall have full and free access to the contract unit and premises, and to all accounts and other records of the owner that are relevant to the LTSC, including the right to examine or audit the records to make copies.
c.  The owner must grant such access to computerized or other electronic records, and to any computers, equipment or facilities containing such records, and must provide any information or assistance needed to access the records.

12. Exclusion of Third Party Rights
a.  The family is not a party to or third party beneficiary of Part B of the LTSC. The family may not enforce any provision of Part B, and may not exercise any right or remedy against the owner or DCHA under Part B.
b.  The tenant or the DCHA may enforce the tenancy addendum (Part C of the LTSC) against the owner, and may exercise any right or remedy against the owner under the tenancy addendum.
c.  The DCHA does not assume any responsibility for injury to, or any liability to, any person injured as a result of the owner's action or failure to act in connection with management of the contract unit or the premises or with implementation of the LTSC, or as a result of any other action or failure to act by the owner.
d.  The owner is not the agent of the DCHA, and the LTSC does not create or affect any relationship between the DCHA and any lender to the owner or any suppliers, employees, contractors or subcontractors used by the owner in connection with management of the contract unit or the premises or with implementation of the LTSC.

13. Conflict of Interest
a.  "Covered individual" means a person or entity who is a member of any of the following classes:
1.  Any present or former member or officer of the DCHA (except a DCHA commissioner who is a participant in the program);

Effective 3/28/2007

2. Any employee of the DCHA, or any contractor, subcontractor or agent of the DCHA, who formulates policy or who influences decisions with respect to the program;
3. Any public official, including the Mayor and his or her Executive Staff or members of the Council of the District of Columbia, who exercises functions or responsibilities with respect to the program; or
4. Any member of the Congress of the United States.

b. A covered individual may not have any direct or indirect interest in the LTSC or in any benefits or payments under the contract (including the interest of an immediate family member of such covered individual) while such person is a covered individual or during one year thereafter.

c. "Immediate family member" means the spouse, parent (including a stepparent), child (including a stepchild), grandparent, grandchild, sister or brother (including a stepsister or stepbrother) of any covered individual.

d. The owner certifies and is responsible for assuring that no person or entity has or will have a prohibited interest, at execution of the LTSC, or at any time during the LTSC term.

e. If a prohibited interest occurs, the owner shall promptly and fully disclose such interest to the DCHA.

f. No member of or delegate to the Congress of the United States or resident commissioner shall be admitted to any share or part of the LTSC or to any benefits which may arise from it.

14. Assignment of the LTSC

a. The owner may not assign the LTSC to a new owner without the prior written consent of the DCHA.

b. If the owner request DCHA consent to assign the LTSC to a new owner, the owner shall supply any information as required by the DCHA pertinent to the proposed assignment.

c. The LTSC may not be assigned to a new owner that is debarred, suspended or subject to a limited denial of participation.

d. The LTSC may not be assigned to a new owner if such assignment has been prohibited because:
1. The Federal government has instituted an administrative or judicial action against the owner or proposed new owner for violation of the District of Columbia Human Rights Act of 1977, the Fair Housing Act or other Federal equal opportunity requirements, and such action is pending; or
2. A court or administrative agency has determined that the owner or proposed new owner violated the District of Columbia Human Rights Act of 1977, the Fair Housing Act or other Federal equal opportunity requirements.

e. The LTSC may not be assigned to a new owner if the new owner (including a principal or other interested party) is the parent, child, grandparent, grandchild, sister or brother of any member of the family, unless the DCHA has determined (and has notified the family of such determination) that approving the assignment, notwithstanding such relationship, would provide reasonable accommodation for a family member who is a person with disabilities.

f. The DCHA may deny approval to assign the LTSC if the owner or proposed new owner (including a principal or other interested party):
1. Has violated obligations under a housing assistance payments contract under LRSP.
2. Has committed fraud, bribery or any other corrupt or criminal act in connection with any local or Federal housing program;
3. Has engaged in any drug-related criminal activity or any violent criminal activity;
4. Has a history or practice of non-compliance with the HQS for units leased under the LRSP or the Housing Choice Voucher Program, or non-compliance with applicable housing standards for units leased with LRSP or project based Housing Choice Voucher Program assistance or for units leased under any other local or Federal housing program;
5. Has a history or practice of failing to terminate tenancy of tenants assisted under any locally or federally assisted housing program for activity engaged in by the tenant, any member of the household, a guest or another person under the control of any member of the household that:
   a. Threatens the right to peaceful enjoyment of the premises by other residents.
   b. Threatens the health or safety of other residents, of employees of the DCHA, or of owner employees or other person engaged in management of the housing;

        c.      Threatens the health or safety of, or the right to peaceful enjoyment of their residents by, persons residing in the immediate vicinity of the premises; or

        d.      Is drug-related criminal activity or violent criminal activity;

    6.  Has a history or practice of renting units that fail to meet District housing codes; or

    7.  Has not paid District estate taxes, fines or assessments.

   g.  The new owner must agree to be bound by and comply with the LTSC. The agreement must be in writing and in a form acceptable to the DCHA. The new owner must give the DCHA a copy of the executed agreement.

15. Written Notices. Any notice by the DCHA or the owner in connection with this contract must be in writing.

16. Entire Agreement: Interpretation
    a.  The LTSC contains the entire agreement between the owner and the DCHA.
    b.  The LTSC shall be interpreted and implemented in accordance with all rules, regulations, and requirements applicable to the LRSP.

## District of Columbia Housing Choice Voucher Program
## Lease Information Form

Please review this form carefully. This form is not a lease. The purpose of this form is to capture required information contained in the executed lease. This is a required form to be completed at the time of participant lease-up and included in the participant file as part of their occupancy package.

Lease Information
1. Contract Unit: (enter address of unit (must include zip code), including apartment number, if any)
1490 7th STREET NW 607 WASHINGTON, DC 20001

2. Tenant: (Enter full name and social security number of the head of household)
ALICE WILSON

Unit Type / Check One:
Detached House ( )  Town Home - Interior Unit ( )  Town Home - Exterior Unit ( )  High Ride ( )✓Walk-up Apartment ( )

Ward:

3. Owner/Landlord: (Enter name and address of Owner/Landlord (if applicable)
LIHTC SENIOR HOUSING, LLC
1490 7TH STREET NW RENTAL OFFICE
WASHINGTON DC 20001
WASHINGTON, DC 20001

4. Initial Term: The initial term of lease must be at least one year unless a shorter term is approved by HCVP.

The initial term begins on 12/01/2014

The initial term ends on 11/30/2015

Estimate
Following the initial term of the lease, the lease will be renewed automatically on a

(You must check one)  ( )✓Month-to-month    ( ) Indefinite duration basis until:
    a. termination of the lease by the Owner/Landlord in accordance with this lease;
    b. termination of the lease by the tenant in accordance with this lease;
    c. mutual agreement between the Owner/Landlord and tenant to terminate the lease during the term of the lease;
    d. termination of the Housing Assistance Payments Contract by HCVP;
    e. termination of the tenant family's assistance by HCVP.

**Owner/Landlord Initial** _____    **Participant Initial** _____

5. Household Members: (Enter the full names of all family members.)

Effective 3/28/2007

The family must promptly inform HCVP of the birth, adoption, or court-awarded custody of a child. No other person may reside in the unit without prior written approval by the Owner/Landlord and HCVP.

HCVP Approved Rent to Owner/Landlord (total monthly rent):  1143.00
      a. Tenant Rent to Owner/Landlord:  316.00
      b. Housing Assistance Payment to Owner/Landlord:  827.00
Owner/Landlord and Tenant in Agreement that after the initial term of the lease the Owner/Landlord can request a rent increase?

      **Owner/Landlord Initials** _____      **Participant Initials** _____

Validation

The total rent to Owner/Landlord is the initial rent for this unit. The housing assistance payment to Owner/Landlord shall be payable by HCVP as housing assistance payments on behalf of the tenant. The tenant rent to Owner/Landlord shall be payable by the tenant directly to the Owner/Landlord/Management Company.

The Owner/Landlord can request a rent increase after the initial term of the lease. The Owner/Landlord must give HCVP, 90 days prior to their family annual recertification date (APRIL)   written notice before commencement of any change in rent. The notice shall state the proposed new rental amount and the date the new rental amount will be effective. The Owner/Landlord may not change the rent without HCVP approval. The Owner/Landlord may not make side deals to charge additional amounts to the tenant. All rent increase requests are subject to Housing Choice Voucher Program regulation and HCVP policy.

      **Owner/Landlord Initial** _____      **Participant Initial** _____

The amount of tenant rent is subject to change during the term of the lease. Any changes in the amount of the tenant rent will be effective on the date stated in a notice by HCVP to the family and Owner/Landlord.

6. Security Deposit: The tenant has/will deposited

7. Owner/Landlord as a security deposit. The amount of the security deposit does not exceed the amount of security deposits charged by the Owner/Landlord to unassisted tenants or the private market practice for the area where the unit is located. The amount of security deposit must not exceed the approved contract rent.

      **Owner/Landlord Initial** _____      **Participant Initial** _____

8. Utilities and Appliances: The Owner/Landlord shall provide for or pay for the utilities and appliances as indicated below by an "O" without any additional charge to the tenant. The tenant shall provide or pay for the utilities and appliances as indicated below by a "T". (Circle the Utility Type) (If Not Applicable write N/A)

| Ite | Specify fuel type | Provided | Paid by |
|-----|-------------------|----------|---------|

| | Electric | | | T |
|---|---|---|---|---|
| Heating | | | | |
| Cooking | Electric | | | T |
| Water Heating | Electric | | | T |
| Other Electric | Electric | | | T |
| Water | | | | ○ |
| Sewer | | | | ○ |
| Trash Collection | | | | ○ |
| Air Conditioning | Electric | | | T |
| Refrigerator | | | | |
| Range/Microw | | | | |
| Other (Specify) | | | | |

9. Lease termination or move out by family: The tenant may terminate the lease without cause at any time after the initial term of the lease by giving _____30_____ **calendar** days written notice to the Owner/Landlord.  If this notice is hand delivered, HCVP will require a signature of acknowledgement from the Owner/Landlord to indicate that they have been notified. If a signature cannot be obtained by the Owner/Landlord, HCVP will accept a certified mail receipt along with a copy of the vacate notice from the participant as proper notification. The       acceptance of this form of vacate notification by HCVP does not prevent the Owner/Landlord from exercising their rights under local law if the Owner/Landlord feels that the participant has violated the terms of their lease – including not vacating unit in accordance with the notice.

**Owner/Landlord Initial _____      Participant Initial _____**

10   The Owner/Landlord and Participant acknowledge that they cannot move with continued assistance from this unit without authorization from HCVP and the new unit passing an initial HQS Inspection conducted by HCVP staff.

**Owner/Landlord Initial _____      Participant Initial _____**

The Owner/Landlord acknowledges that the contract rent that was approved for this unit, if the unit is a single family, interior row, or semi-detached house, was based on the participant having access to the entire dwelling. The Owner/Landlord also acknowledges that if the Owner/Landlord knowingly allows another family to occupy any portion of the dwelling that has not been approved by HCVP, that upon knowledge and verification of such

Effective 3/28/2007

act that HCVP may recapture HAP Payments made to the owner from the time the unauthorized occupancy took place. HCVP may also terminate the contract for such act.

**Owner/Landlord Initial** _____   **Participant Initial** _____

REQUIRED SIGNATURES:

TENANT: ALICE WILSON _____   _____

<div style="text-align:center">Signature of Tenant</div>                    Date Signed

OWNER/LANDLORD:
LIHTC SENIOR HOUSING, LLC_____   _____

<div style="text-align:center">Signature of Owner/Landlord</div>                  Date Signed

HCVP STAFF        _____   _____

<div style="text-align:center">Signature of HCVP Staff</div>                  Date Signed

HCVP Staff acknowledge that the participant and owner have been provided a copy of this form.

Staff Initials _____